In the Matter of the Will of HARRY H. HICKS, Deceased. VICTOR INGERSOLL, Respondent; GEORGIAN N. BOLLENS, as Executrix of HARRY H. HICKS, Deceased, Appellant.

Argued March 17, 1948; decided April 22, 1948.

*John J. Broderick* and *William B. Roulstone* for appellant. *Edgar H. A. Chapman* and *William R. Lonergan* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.